**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nelson Giovanni NAVARRETE,
Defendant—Appellant.**

**No. 05–10382.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Monte C. Clausen, USTU—Office of the U.S. Attorney, Evo A. Deconcini, Tucson, AZ, for Plaintiff—Appellee.

Julie L.C. Duvall, Tucson, AZ, for Defendant—Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Nelson Giovanni Navarrete appeals from his conviction and 45–month sentence imposed for re-entry into the United States following deportation, in violation of 8 U.S.C. § 1326(a). Navarrete's attorney has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that the appeal presents no arguable is-

sues. Navarrete has not submitted a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Navarrete knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

